**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD TATUM, | ) NO. CV 09-00252-R (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| LEROY BACA, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Denying Motion For Injunctive Relief And Dismissing Action without Prejudice,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  August 26, 2009 .

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE